AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| Stephanie Lynn Olin ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:14-CV-00925 |
| County of Northumberland, et al ) | (Chief Magistrate Judge Schwab) |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

X   other:   **Plaintiff is awarded compensatory damages in the amount of $7,500.00**

This action was *(check one)*:

X   tried by a jury with Judge or Magistrate Judge   Susan E. Schwab   presiding, and the jury has rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

☐   decided by Judge or Magistrate Judge _____ on a motion for

Date:   Mar 17, 2017                    *ACTING CLERK OF COURT*   PETER J. WELSH

                                        s/Kate Toth, Deputy Clerk

                                        *Signature of Clerk or Deputy Clerk*